B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ClearCi North America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**61-1647702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4901 NW 17th Way, Suite 401**<br>**Fort Lauderdale, FL**<br>ZIP Code **33309** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**33 E. Camino Real, Apt. 234**<br>**Boca Raton, FL**<br>ZIP Code **33432** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **ClearCi North America, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                     **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**ClearCi North America, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

#### Signature of Attorney*

**X** **/s/ Matthew S. Kish** _____

Signature of Attorney for Debtor(s)

**Matthew S. Kish 491460**

Printed Name of Attorney for Debtor(s)

**Kish Law Firm, PLLC**

Firm Name

**1200 N. Federal Hwy**
**Suite 200**
**Boca Raton, FL 33432**

Address

                   **Email: matt@kish-law.com**

**561-210-8365**

Telephone Number

**February 14, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph Levy** _____

Signature of Authorized Individual

**Joseph Levy**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**February 14, 2015**

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re    **ClearCi North America, Inc.**              ,
         Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 48,394.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 159,592.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 1,269,696.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 48,394.05 | | |
| Total Liabilities | | | | 1,429,288.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re    **ClearCi North America, Inc.** _____,    Case No. _____

                                              Debtor

                                                          Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **ClearCi North America, Inc.**                       ,       Case No. _____
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **ClearCi North America, Inc.**
_____ ,  Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC Bank, N.A.**<br>**Business Checking Acct. No.: *2360** | - | 1,297.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Spectrum Park I, Ltd.**<br>**4901 NW 17th Way, Suite 103**<br>**Ft. Lauderdale, FL 33309**<br>**(security deposit with commercial landlord)** | - | 3,246.59 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **4,544.05**
(Total of this page)

 __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **ClearCi North America, Inc.**                          ,       Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Overdue amounts due from the following clients under respective Software Service Agreements:**<br><br>**$13,500 - Abbott Laboratories, 100 Abbott Park Rd., Abbott Park, IL 60064**<br>**$10,500 - Altria Client Services Inc., Attn: Susan Morris, 2325 Bells Road, Richmond, VA 23234**<br>**$9,000 - Omnicell Inc., 590 E. Middlefield Rd., Mountain View, CA 94043-4008**<br>**$9,450 - Unum Group, One Fountain Square, Chattanooga, TN 37402**<br><br>**Pursuant to terms of secured Factoring Agreement, A/R payments from Abbott Labs, Omnicell and Unum Grou will be paid directly to secured creditor, CSNK Working Capital Finance Corp., dba Bayview Funding** | - | 42,450.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                               Sub-Total >       **42,450.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **ClearCi North America, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Registered Service/Trade Mark Reg. No. 4,379,302; "ClearCi, Technology to Compete" (logo/trademark)** | **-** | **0.00** |
| | | **Registered Service/Trade Mark Reg. No. 4,379,357; "clearCi" (trade name)** | **-** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License and Distribution Agreement with Clear Competitive Intelligence Technologies S.a. r.l., a Luxembourg corporation, granting debtor license to use, operate and/or sub-license: (a) a computer-based software-as-a-service platform enabling debtor's customers to collect and analyze information about their business market(s) and competitors; and (b) the intellectual property rights associated therewith, such as website address, email, etc.** | **-** | **0.00** |
| | | **Pursuant to License Agreement: (a) payment of roare paid directly to** | | |
| | | **(Pursuant to terms of License Agreement, this license automatically lapses upon change in ownership of the debtor)** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list (42 corporate clients) - details available upon request and/or otherwise listed in Schedules F and G** | **-** | **0.00** |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ClearCi North America, Inc.**                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **(All items average/rough condition):**<br><br>**(1) HP ChromeBook laptop - $50**<br>**(5) ACER/ASUS laptops - $250**<br>**(6) Polycom SoundPoint IP 321 Phones - $600**<br>**(2) TRENDnet 8-Port Ethernet Switches - $100**<br>**(1) CISCO Ethernet Switch - $50**<br>**(4) NetGear 5-Port Ethernet Switches - $40**<br>**(1) Optima projector - $50**<br>**(1) projector screen - $20**<br>**(1) Cannon inkjet printer - $50**<br>**(1) Printer stand - $5**<br>**(1) Shredder machine - $15**<br>**(1) oCosmos flatscreen TV - $50**<br>**(1) Plantronics wireless headset - $10**<br>**(2) Grey Chairs - $20**<br>**(2 sets) Small office tables and chairs - $50**<br>**(7) Whiteboards - $20**<br>**(1) Lamp/shade - $5**<br>**(1) Ethernet cables - $5**<br>**(3) Laptop bags - $5**<br>**(1) Coffee machine - $2**<br>**(1) Keyboard drawer - $2**<br>**Assorted plates and kitchenware - $1** | **-** | **1,400.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **1,400.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **48,394.05** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **ClearCi North America, Inc.**                                        ,     Case No. _____
                                                **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| **Account No.** | | | | 08/2012 | | | | | |
| **CSNK Working Capital Finance Corp. dba Bay View Funding 2933 Bunker Hill Lane, Suite 210 Santa Clara, CA 95054** | X | - | | **Non-Purchase Money Security (UCC-1 No.: 20140258832X)** **All accounts, documents, equipment, general intangibles, instruments, and inventory of the debtor** | | | | | |
| | | | | Value $           42,450.00 | | | | 47,450.00 | 5,000.00 |
| **Account No.** | | | | 07/2014 | | | | | |
| **On Deck Capital, Inc. 901 N. Stuart Street Arlington, VA 22203** | X | - | | **Purchase Money Security** **All accounts, documents, equipment, general intangibles, instruments, and inventory of the debtor** | | X | | | |
| | | | | Value $           42,450.00 | | | | 70,642.00 | 28,192.00 |
| **Account No. xxxx320a** | | | | Nov. 12, 2014 | | | | | |
| **Platinum Rapid Funding Group, Inc. 348 RXR Plaza Uniondale, NY 11556** | X | - | | **Purchase Money Security** **All accounts, documents, equipment, general intangibles, instruments, and inventory of the debtor** | | X | | | |
| | | | | Value $           42,450.00 | | | | 41,500.00 | 41,500.00 |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**    continuation sheets attached

| | Subtotal (Total of this page) | 159,592.00 | 74,692.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 159,592.00 | 74,692.00 |

B6E (Official Form 6E) (4/13)

In re   **ClearCi North America, Inc.**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **ClearCi North America, Inc.**    ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx0724** <br><br> **Broward County Taxing Authority** <br> **115 Andrews Avenue** <br> **Room A-100** <br> **Fort Lauderdale, FL 33301** | - | | 2011-2015 <br><br> Notice only | X | X | | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. **xxx1195** <br><br> **City of Fort Lauderdale** <br> **Business Tax Division** <br> **700 NW 19th Avenue** <br> **Fort Lauderdale, FL 33311** | - | | 2011-2015 <br><br> Notice only | X | X | | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. <br><br> **Fla. Dept. of Revenue** <br> **5050 West Tennessee Street** <br> **Tallahassee, FL 32399-0100** | - | | 2011-2015 <br><br> Notice only | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **IRS** <br> **Centralized Insolvency Operation** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114-0326** | - | | 2011-2015 <br><br> Notice only | X | X | | Unknown <br><br> Unknown | Unknown <br><br> Unknown |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 <br> 0.00 | 0.00 <br> 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 <br> 0.00 | 0.00 <br> 0.00 |

B6F (Official Form 6F) (12/07)

In re    **ClearCi North America, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Abbott Laboratories**<br>**100 Abbott Park Road**<br>**North Chicago, IL 60064** | | - | 12/2014<br>**Trade debt - customer prepayment for monthly software services**<br>    **Subject to setoff.** | | | | 12,375.00 |
| Account No.<br><br>**American Express**<br>**Attn: Bankruptcy Dept.**<br>**World Financial Center**<br>**200 Vesley Street**<br>**New York, NY 10285** | X | - | 11/2011-02/2015<br>**Credit card purchases** | | | | 26,228.00 |
| Account No.<br><br>**American Greetings**<br>**One American Road**<br>**Cleveland, OH 44144** | | - | 02/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 1,125.00 |
| Account No.<br><br>**Anderson Windows**<br>**100 Fourth Avenue North**<br>**Bayport, MN 55003** | | - | 09/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 12,461.00 |
| | | | | | Subtotal<br>(Total of this page) | | 52,189.00 |

__15__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **ClearCi North America, Inc.** ,                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Apprize360, LLC 548 Market Street No. 56638 San Francisco, CA 94104 | - | | 12/2014 Trade debt - business consultation services | | | | 2,000.00 |
| Account No. Big Heart Pet Brands f/k/a Del Monte Corp. One Maritime Plaza San Francisco, CA 94111 | - | | 01/2014 Trade debt - customer prepayment for monthly software services | | | | 2,250.00 |
| Account No. Brady Corporation 6555 W. Good Hope Road P.O. Box 571 Milwaukee, WI 53201 | - | | 07/2014 Trade debt - customer prepayment for monthly software services | | | | 5,833.00 |
| Account No. Brett Gaylis 987 Captiva Drive Hollywood, FL 33019 | - | | 09/2012 Business loan | | | | 30,000.00 |
| Account No. Cadence Design Systems 2655 Seely Avenue San Jose, CA 95134 | - | | 09/2013 Trade debt - customer prepayment for monthly software services | | | | 8,653.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,736.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ClearCi North America, Inc.** _____ ,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clear Competitive Intel. Tech S.a. r.l.**<br>**5, rue Guillaume Kroll**<br>**L-1882 Luxembourg**<br>**Grand Ducky of Luxembourg** | - | | **05/2011 - Present**<br>**License and Distribution Agreement**<br>**authorizing use of "competitive intelligence**<br>**software-as-a-service platform"** | | | | **17,002.00** |
| Account No.<br><br>**ClearCi Holdings, Inc.**<br>**c/o Joseph Levy**<br>**33 E. Camino Real, Apt. 234**<br>**Boca Raton, FL 33432** | - | | **2012-2015**<br>**Business loans** | | | | **Unknown** |
| Account No. **xxx8397**<br><br>**Comcast Cable Communications, LLC**<br>**One Comcast Center**<br>**Attn: Law Dept.**<br>**Philadelphia, PA 19103-2838** | - | | **12/2013**<br>**Trade debt - business internet services** | X | | X | **124.00** |
| Account No.<br><br>**CSA Group**<br>**178 Rexdale Blvd.**<br>**Toronto**<br>**Ontario M9W 1R3**<br>**Canada** | - | | **07/2013**<br>**Trade debt - customer prepayment for monthly**<br>**software services** | | | | **5,538.00** |
| Account No.<br><br>**CSNK Working Capital Finance Corp.**<br>**dba Bay View Funding**<br>**2933 Bunker Hill Lane, Suite 210**<br>**Santa Clara, CA 95054** | - | | **09/2013-01/2015**<br>**Trade debt - amounts due under factoring**<br>**agreement** | | | | **47,450.00** |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **70,114.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ClearCi North America, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1094**  <br><br>**DS Services of America, Inc.**<br>**d/b/a DS Waters**<br>**2300 Windy Ridge Parkway**<br>**Suite 500 N**<br>**Atlanta, GA 30339** | - | | | **01/2015**<br>**Trade debt - bottled water service** | | | | **Unknown** |
| Account No.  <br><br>**Dunn & Bradstreet**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** | - | | | **11/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **10,000.00** |
| Account No. **xxxxxx xx.: 0069**  <br><br>**Duo Executive Minds, Corp.**<br>**1250 S. Miami Ave., Suite 2408**<br>**Attn: Emmanuel Trenche**<br>**Miami, FL 33130** | - | | | **06/2014**<br>**Trade debt - project management and marketing consulting services** | | | | **40,000.00** |
| Account No.  <br><br>**Eastman Credit Union**<br>**P.O. Box 1989**<br>**Kingsport, TN 37662** | - | | | **11/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **7,875.00** |
| Account No. **xxxxx-x0559**  <br><br>**FPL**<br>**General Mail Facility**<br>**Miami, FL 33188** | - | | | **01/2015**<br>**Trade debt - electrical services** | | | | **102.00** |

Sheet no. __**3**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **57,977.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ClearCi North America, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Frontier Communications Group Three High Ridge Park Stamford, CT 06905** | - | | | 01/2014 **Trade debt - customer prepayment for monthly software services** | | | | 10,312.00 |
| Account No. **Futuregene P.O. Box 199 2 Pekeris Street, 4th Floor Park Tamar, Rehovot Isreal   76100** | - | | | 09/2014 **Trade debt - customer prepayment for monthly software services** | | | | 9,583.00 |
| Account No. **GE Power & Water 1 RIver Road Schenectady, NY 12345** | - | | | 06/2014 **Trade debt - customer prepayment for monthly software services** | | | | 5,625.00 |
| Account No. **H&R Block One H&R Block Way Kansas City, MO 64105** | - | | | 07/2014 **Trade debt - customer prepayment for monthly software services** | | | | 12,375.00 |
| Account No. **Health Care Service Corp. 300 E. Randolph Street Chicago, IL 60601** | - | | | 10/2014 **Trade debt - customer prepayment for monthly software services** | | | | 10,125.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      48,020.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **ClearCi North America, Inc.**                                     ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 12/2013 Trade debt - customer prepayment for monthly software services | | | | |
| Herbalife International of America, Inc. 800 W. Olympic Blvd., Suite 406 Los Angeles, CA 90015 | | | | | | | | 13,222.00 |
| Account No. | | - | | 03/2014 Trade debt - customer prepayment for monthly software services | | | | |
| Hewlett-Packard Company 3000 Hanover Street Palo Alto, CA 94304 | | | | | | | | 2,076.00 |
| Account No. | | - | | 08/14 Trade debt - customer prepayment for monthly software services | | | | |
| HP Enterprise Services 5400 Legacy Drive Plano, TX 75024 | | | | | | | | 0.00 |
| Account No. *2229 | X | - | | 2011-2014 Credit card purchases | | | | |
| HSBC Bank, N.A. Attn: Bankruptcy Dept. P.O. Box 9068 Brandon, FL 33509 | | | | | | | | 14,983.00 |
| Account No. | | - | | 08/2014 Trade debt - customer prepayment for monthly software services | | | | |
| Hussmann Corp. 12999 St. Charles Rock Road Bridgeton, MO 63044 | | | | | | | | 11,423.00 |

Sheet no.  __5___  of  __15__  sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)          41,704.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **ClearCi North America, Inc.**                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx xx. xxxx0335**<br><br>**Insight Squared, Inc.**<br>**160 Second Street**<br>**Cambridge, MA 02142** | | - | | **02/2015**<br>**Trade debt - salesforce integration services** | X | | | 7,290.00 |
| Account No.<br><br>**Insite Software**<br>**110 N. 5th Street**<br>**Suite 800**<br>**Minneapolis, MN 55403** | | - | | **07/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | 6,750.00 |
| Account No.<br><br>**International Game Technology (IGT)**<br>**6355 S. Buffalo Drive**<br>**Las Vegas, NV 89113** | | - | | **08/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | 6,750.00 |
| Account No.<br><br>**Jeff Greene**<br>**1058 Bluewood Terrace**<br>**Fort Lauderdale, FL 33327** | | - | | **09/2014**<br>**Trade debt - business development, training and consultation services** | | | | 2,000.00 |
| Account No.<br><br>**Jive Software, Inc.**<br>**325 Lytton Avenue**<br>**Suite 200**<br>**Palo Alto, CA 94301** | | - | | **01/2015**<br>**Trade debt - customer prepayment for monthly software services** | | | | 0.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,790.00

B6F (Official Form 6F) (12/07) - Cont.

In re **ClearCi North America, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph W. Levy**<br>**33 E. Camino Real, Apt. 234**<br>**Boca Raton, FL 33432** | - | | | **2011-2015**<br>**Business loans and unpaid/deferred salary** | | | | 103,000.00 |
| Account No.<br><br>**LifeLock, Inc.**<br>**60 E. Rio Salado Pkwy**<br>**Suite 400**<br>**Tempe, AZ 85281** | - | | | **12/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | 8,000.00 |
| Account No.<br><br>**Madison Intelligence**<br>**Avenida Vasconcelos #150**<br>**Colonial Del Valle Sector Fatima**<br>**San Pedro Garza Garcia, Monterrey**<br>**Nuevo Leon MEXICO 66257** | - | | | **02/2013**<br>**Trade debt - customer prepayment for monthly software services** | | | | 6,025.00 |
| Account No.<br><br>**ManpowerGroup**<br>**100 Manpower Place**<br>**Milwaukee, WI 53212** | - | | | **12/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | 12,375.00 |
| Account No.<br><br>**Mariko Takasu**<br>**2301 SW 27th Avenue**<br>**Unit 702**<br>**Miami, FL 33145** | - | | | **07/2014**<br>**Trade debt - business consultation services** | | | | 33,000.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    162,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re **ClearCi North America, Inc.**                                                  Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mayo Foundation for Med. Ed. & Research** <br> **200 First Street SW** <br> **Attn: Gayle Rock** <br> **Rochester, MN 55905** | - | | **12/2013** <br> **Trade debt - customer prepayment for monthly software services** | | | | **1,606.00** |
| Account No. **xx xx.: xxxx320a** <br><br> **Merchant Advance Express** <br> **360 RXR Plaze** <br> **Uniondale, NY 11556** | - | | **11/2014** <br> **Trade debt - potential liability under Data Sheet Purchasing Sheet** | | | | **Unknown** |
| Account No. <br><br> **Michael Clews** <br> **4835 NW 16th Terrace** <br> **Boca Raton, FL 33431** | - | | **2014-2015** <br> **Trade debt - unpaid commissions (exact amount unknown)** | | | | **90,000.00** |
| Account No. <br><br> **Microsoft Corp.** <br> **One Microsoft Way** <br> **Redmond, WA 98052** | - | | **05/2014** <br> **Trade debt - customer prepayment for monthly software services** | | | | **5,625.00** |
| Account No. <br><br> **Mozilla Corp.** <br> **331 E. Evelyn Avenue** <br> **Mountain View, CA 94041** | - | | **06/2014** <br> **Trade debt - customer prepayment for monthly software services** | | | | **5,000.00** |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**102,231.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **ClearCi North America, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>N2 Consulting, Inc.<br>Attn: Arthur Leung, CPA<br>71 Stevenson Street<br>Suite 400<br>San Francisco, CA 94105 | | - | 09/2013-12/2014<br>Trade debt - accounting services | | | | 14,255.00 |
| Account No.<br><br>N2 Consulting, Inc.<br>Attn: Arthur Leung, CPA<br>71 Stevenson Street<br>Suite 400<br>San Francisco, CA 94105 | | - | 02/2013<br>Business loan | | | | 30,940.00 |
| Account No.<br><br>Nestle Purina Petcare Co.<br>1 Checkerboard Square<br>Attn: Jeanne Chickanosky<br>Saint Louis, MO 63164 | | - | 01/2015 (renewal)<br>Trade debt - customer prepayment for monthly software services | | | | 11,000.00 |
| Account No.<br><br>Norman Epstein<br>6 Links View Cl<br>Sanmore, Greater London<br>HA7 3QW<br>United Kingdom | X | - | 04/2012<br>Business loan | | | | 90,000.00 |
| Account No.<br><br>Omnicell, Inc.<br>590 E. Middlefield Road<br>Palo Alto, CA 94303 | | - | 01/2015 (renewal)<br>Trade debt - customer prepayment for monthly software services<br>    Subject to setoff. | | | | 18,000.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 164,195.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ClearCi North America, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 07/2014 Business loan | | | | |
| On Deck Capital, Inc. 901 N. Stuart Street Arlington, VA 22203 | - | | | | X | | 70,642.00 |
| Account No. | | | 04/2014 Trade debt - customer prepayment for monthly software services | | | | |
| Oracle Eloqua 1921 Gallows Road Suite 200 Vienna, VA 22182 | - | | | | | | 1,205.00 |
| Account No. | | | 09/2014 Trade debt - customer prepayment for monthly software services | | | | |
| Perfecto Mobile 120 Presidential Way Attn: Eran Kinsbrunner Woburn, MA 01801 | - | | | | | | 2,500.00 |
| Account No. | | | 11/2014 Trade debt - loans on account of assignment of future receivables | | | | |
| Platinum Rapid Funding Group, Inc. 348 RXR Plaza Uniondale, NY 11556 | - | | | X | | | 41,500.00 |
| Account No. | | | 11/2014 Trade debt - customer prepayment for monthly software services | | | | |
| Purdue Pharma LP, dba PhamIT One Stamford Forum 201 Tresser Blvd. Stamford, CT 06901-3431 | - | | | | | | 11,250.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **127,097.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **ClearCi North America, Inc.**                                Case No. _____
                                                  ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Mitford Rowell**<br>**16 William Street**<br>**Cottesloe**<br>**Western Australia 6011**<br>**Australia** | - | | | **12/2012**<br>**Business loan** | | | | **88,250.00** |
| Account No. **xxxxxxx xx.:xxxx2014**<br><br>**Romainiacs Intelligent Research, LLC**<br>**Attn: Cindy Romaine**<br>**9998 SW Steeplechase Circle**<br>**Beaverton, OR 97008-9718** | - | | | **12/2014**<br>**Trade debt - software consulting services** | | | | **5,489.00** |
| Account No.<br><br>**salesforce.com Inc.**<br>**The Landmark at One Market**<br>**Suite 300**<br>**San Francisco, CA 94105** | - | | | **01/2015**<br>**Trade debt - customer prepayment for monthly software services** | | | | **15,500.00** |
| Account No. **xxxxx xx.: x-xxx5796**<br><br>**salesforce.com Inc.**<br>**The Landmark at One Market**<br>**Suite 300**<br>**San Francisco, CA 94105** | - | | | **10/2014**<br>**Trade debt - contract to provide debtor with software and sales service** | X | | | **8,820.00** |
| Account No.<br><br>**Seraphin Partners, LLC**<br>**255 King Street**<br>**Apt. 1209**<br>**San Francisco, CA 94107** | - | | | **07/2013**<br>**Business loan** | | | | **30,000.00** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **148,059.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **ClearCi North America, Inc.**                                              Case No. _____
                                                          ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SHI International Corp.**<br>**290 Davidson Avenue**<br>**Somerset, NJ 08873** | - | | **02/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **0.00** |
| Account No.<br><br>**ShopperTrak**<br>**233 S. Wacker Drive**<br>**41st Floor**<br>**Chicago, IL 60606** | - | | **10/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **11,785.00** |
| Account No.<br><br>**Spectrum Park I, Ltd.**<br>**4901 NW 17th Way**<br>**Suite 103**<br>**Fort Lauderdale, FL 33309** | - | | **11/07/2013**<br>**Amount due under executory lease for commercial space** | X | X | | **Unknown** |
| Account No.<br><br>**Standard Insurance Co.**<br>**1100 SW 6th Avenue**<br>**Attn:: Jackie Waller**<br>**Portland, OR 97204** | - | | **03/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **5,000.00** |
| Account No.<br><br>**Stern Advisory (India) Pvt. Ltd.**<br>**Level-12, Building No.8, Tower-C**<br>**DLF Cybercity Pase II**<br>**Gurgaon-122002, Haryana**<br>**India** | - | | **08/2014**<br>**Trade debt - customer prepayment for monthly software services** | | | | **1,125.00** |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,910.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **ClearCi North America, Inc.**                                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Surgical Information Systems, LLC**<br>**555 North Point Center East, Suite 700**<br>**Alpharetta, GA 30022** | - | | 10/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 11,000.00 |
| Account No.<br><br>**Symantec Corp.**<br>**350 Ellis Street**<br>**Mountain View, CA 94043** | - | | 12/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 15,675.00 |
| Account No.<br><br>**Symbiotic Group, Inc.**<br>**2020 Winston Park Drive, Suite 100**<br>**Oakville**<br>**ON L6H 6X7**<br>**Canada** | - | | 08/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 22,950.00 |
| Account No. 915990937<br><br>**T-Mobile**<br>**Bankruptcy Team**<br>**P.O. Box 53410**<br>**Bellevue, WA 98015-3410** | - | | 12/2013<br>**Trade debt - cellular phone services** | | | | Unknown |
| Account No.<br><br>**Teva Neuroscience, Inc.**<br>**5 Basel Street**<br>**Petach Tikva 49131**<br>**Israel** | - | | 03/2014<br>**Trade debt - customer prepayment for monthly software services** | | | | 2,250.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,875.00

B6F (Official Form 6F) (12/07) - Cont.

In re __ClearCi North America, Inc.__ _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tomer Sofinzon <br> 5 Ha'Avoda Street <br> 44372 Kfar-Saba <br> Israel | - | | 2011-2015 <br> **Business loans and unpaid consulting fees** | | | | 26,900.00 |
| Account No. <br><br> TransCanada Corp. <br> 450 First Street SW <br> Calgary, Alberta <br> T2P 5H1 <br> Canada | - | | 03/2014 <br> **Trade debt - customer prepayment for monthly software services** | | | | 11,137.00 |
| Account No. <br><br> TrendKite, Inc. <br> Attn: Erik Huddleston <br> 714 Congress Avenue <br> Suite 200 <br> Austin, TX 78701 | - | | 02/2014 <br> **Trade debt - joint customer trial agreement** | | | | 4,500.00 |
| Account No. <br><br> Tripta Chawla <br> 17843 Deauville Lane <br> Boca Raton, FL 33496 | - | | 12/2012 <br> **Business loan** | | | | 60,000.00 |
| Account No. <br><br> Unum Group <br> One Fountain Square <br> Chattanooga, TN 37402 | - | | 09/2014 <br> **Trade debt - customer prepayment for monthly software services** <br> **    Subject to setoff.** | | | | 22,032.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          124,569.00

B6F (Official Form 6F) (12/07) - Cont.

In re __ClearCi North America, Inc._____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 07/2014 Trade debt - customer prepayment for monthly software services | | | | |
| USAA 9800 Fredericksburg Road San Antonio, TX 78288 | | | | | | | | 6,750.00 |
| Account No. | | - | | 06/2014-01/2015 Trade debt - consulting services | | | | |
| ValueNotes Database Pvt Ltd. 1 Bhuvaneshwar Society Abhimanshree Road, Pashan Pune 411 008 Maharashtra, India | | | | | | | | 23,080.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __29,830.00__

Total (Report on Summary of Schedules) __1,269,696.00__

B6G (Official Form 6G) (12/07)

.

In re **ClearCi North America, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Abbott Laboratories**<br>**100 Abbott Park Road**<br>**North Chicago, IL 60064** | **Contract to provide softwares services** |
| **American Greetings**<br>**One American Road**<br>**Cleveland, OH 44144** | **Contract to provide softwares services** |
| **Anderson Windows**<br>**100 Fourth Avenue North**<br>**Bayport, MN 55003** | **Contract to provide softwares services** |
| **Big Heart Pet, f/k/a Del Monte Corp.**<br>**One Maritime Plaza**<br>**San Francisco, CA 94111** | **Contract to provide softwares services** |
| **Brady Corporation**<br>**6555 W. Good Hope Road**<br>**P.O. Box 571**<br>**Milwaukee, WI 53201** | **Contract to provide softwares services** |
| **Cadence Design Systems**<br>**2655 Seely Avenue**<br>**San Jose, CA 95134** | **Contract to provide softwares services** |
| **Clear Competitive Intel. Tech S.a. r.l.**<br>**5, rue Guillaume Kroll**<br>**L-1882 Luxembourg**<br>**Grand Ducky of Luxembourg** | **License and Distribution Agreement with Clear Competitive Intel. Tech. ("CC Tech") - authorizing debtor's use, sub-license and distribution of "competitive intelligence software-as-a-service platform."  Per terms of agreement, all licensing fees are classified as: (1) royalties, and (2) contributions to development.  The royalties are 1% of the debtor's net sale proceeds, payable to CC Tech. The contribution to development is a flat $100,000/yr. fee, paid quarterly or monthly directly to CC Tech's JV partner, Korss Advanced Solutions Ltd., an Israeli corporation** |
| **Comcast**<br>**One Comcast Center**<br>**Philadelphia, PA 19103** | **Business internet services**<br>**Contract expires: 12/2016** |
| **CSA Group**<br>**178 Rexdale Blvd.**<br>**Toronto**<br>**Ontario M9W 1R3**<br>**Canada** | **Contract to provide softwares services** |

**4**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **ClearCi North America, Inc.**                             ,     Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CSNK Working Capital Finance Corp.**<br>**dba Bay View Funding**<br>**2933 Bunker Hill Lane, Suite 210**<br>**Santa Clara, CA 95054** | **Factoring Agreement, dated 08/17/2013 (as amended)** |
| **DS Services of America, Inc.**<br>**d/b/a DS Waters**<br>**2300 Windy Ridge Parkway**<br>**Suite 500 N**<br>**Atlanta, GA 30339** | **Monthly bottled water service**<br>**Contract term: Month-to-month** |
| **Dunn & Bradstreet**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** | **Contract to provide softwares services** |
| **Eastman Credit Union**<br>**P.O. Box 1989**<br>**Kingsport, TN 37662** | **Contract to provide softwares services** |
| **Frontier Communications Group**<br>**Three High Ridge Park**<br>**Stamford, CT 06905** | **Contract to provide softwares services** |
| **Futuregene**<br>**P.O. Box 199**<br>**2 Pekeris Street, 4th Floor**<br>**Park Tamar, Rehovot**<br>**Isreal   76100** | **Contract to provide softwares services** |
| **GE Power & Water**<br>**1 RIver Road**<br>**Schenectady, NY 12345** | **Contract to provide softwares services** |
| **H&R Block**<br>**One H&R Block Way**<br>**Kansas City, MO 64105** | **Contract to provide softwares services** |
| **Health Care Service Corp.**<br>**300 E. Randolph Street**<br>**Chicago, IL 60601** | **Contract to provide softwares services** |
| **Herbalife International of America, Inc.**<br>**800 W. Olympic Blvd., Suite 406**<br>**Los Angeles, CA 90015** | **Contract to provide softwares services** |
| **Hewlett-Packard Company**<br>**3000 Hanover Street**<br>**Palo Alto, CA 94304** | **Contract to provide softwares services** |
| **Hussmann Corp.**<br>**12999 St. Charles Rock Road**<br>**Bridgeton, MO 63044** | **Contract to provide softwares services** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **ClearCi North America, Inc.** _____,  Case No. _____

                                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Insight Squared, Inc.**<br>**160 Second Street**<br>**Cambridge, MA 02142** | **Sales analytics software services**<br>**Contract expires: 07/2015** |
| **Insite Software**<br>**110 N. 5th Street**<br>**Suite 800**<br>**Minneapolis, MN 55403** | **Contract to provide softwares services** |
| **LifeLock, Inc.**<br>**60 E. Rio Salado Pkwy**<br>**Suite 400**<br>**Tempe, AZ 85281** | **Contract to provide softwares services** |
| **Madison Intelligence**<br>**Avenida Vasconcelos #150**<br>**Colonial Del Valle Sector Fatima**<br>**San Pedro Garza Garcia, Monterrey**<br>**Nuevo Leon MEXICO 66257** | **Contract to provide softwares services** |
| **ManpowerGroup**<br>**100 Manpower Place**<br>**Milwaukee, WI 53212** | **Contract to provide softwares services** |
| **Mayo Foundation, d/b/a The Mayo Clinic**<br>**200 First Street SW**<br>**Rochester, MN 55905** | **Contract to provide softwares services** |
| **Merchant Advance Express**<br>**360 RXR Plaze**<br>**Uniondale, NY 11556** | **Data Sheet Purchase Agreement, dated Nov. 12, 2014** |
| **Microsoft Corp.**<br>**One Microsoft Way**<br>**Redmond, WA 98052** | **Contract to provide softwares services** |
| **Mozilla Corp.**<br>**331 E. Evelyn Avenue**<br>**Mountain View, CA 94041** | **Contract to provide softwares services** |
| **Nestle Purina Petcare Co.**<br>**1 Checkerboard Square**<br>**Attn: Jeanne Chickanosky**<br>**Saint Louis, MO 63164** | **Contract to provide softwares services** |
| **Omnicell, Inc.**<br>**590 E. Middlefield Road**<br>**Palo Alto, CA 94303** | **Contract to provide softwares services** |
| **Oracle Eloqua**<br>**1921 Gallows Road**<br>**Suite 200**<br>**Vienna, VA 22182** | **Contract to provide softwares services** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **ClearCi North America, Inc.**                                      ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Perfecto Mobile**<br>**120 Presidential Way**<br>**Attn: Eran Kinsbrunner**<br>**Woburn, MA 01801** | **Contract to provide softwares services** |
| **Platinum Rapid Funding Group, Inc.**<br>**348 RXR Plaza**<br>**Uniondale, NY 11556** | **Merchant Agreement, dated Nov. 12, 2014**<br>**(factoring agreement)** |
| **Purdue Pharma LP, dba PhamIT**<br>**One Stamford Forum**<br>**201 Tresser Blvd.**<br>**Stamford, CT 06901-3431** | **Contract to provide softwares services** |
| **salesforce.com Inc.**<br>**The Landmark at One Market**<br>**Suite 300**<br>**San Francisco, CA 94105** | **Software and sales support services**<br>**Contract expires: 10/2015** |
| **salesforce.com Inc.**<br>**The Landmark at One Market**<br>**Suite 300**<br>**San Francisco, CA 94105** | **Contract to provide softwares services** |
| **Sentinel Insurance Co., Ltd.**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** | **Business Owners Insurance Policy**<br>**(retroactive to 07/2011)**<br>**Policy No.: 21 SBM BR2783 DV; Expires: 02/2015** |
| **ShopperTrak**<br>**233 S. Wacker Drive**<br>**41st Floor**<br>**Chicago, IL 60606** | **Contract to provide softwares services** |
| **Spectrum Park I, Ltd.**<br>**4901 NW 17th Way**<br>**Suite 103**<br>**Fort Lauderdale, FL 33309** | **Lease for commercial office space**<br>**Contract expires: 06/2015** |
| **Standard Insurance Co.**<br>**1100 SW 6th Avenue**<br>**Attn:: Jackie Waller**<br>**Portland, OR 97204** | **Contract to provide softwares services** |
| **Stern Advisory (India) Pvt. Ltd.**<br>**Level-12, Building No.8, Tower-C**<br>**DLF Cybercity Pase II**<br>**Gurgaon-122002, Haryana**<br>**India** | **Contract to provide softwares services** |
| **Surgical Information Systems, LLC**<br>**555 North Point Center East, Suite 700**<br>**Alpharetta, GA 30022** | **Contract to provide softwares services** |

Sheet  **3**  of  **4**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **ClearCi North America, Inc.** _____ ,    Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Symantec Corp.**<br>**350 Ellis Street**<br>**Mountain View, CA 94043** | **Contract to provide softwares services** |
| **Symbiotic Group, Inc.**<br>**2020 Winston Park Drive, Suite 100**<br>**Oakville**<br>**ON L6H 6X7**<br>**Canada** | **Contract to provide softwares services** |
| **T-Mobile**<br>**Bankruptcy Team**<br>**P.O. Box 53410**<br>**Bellevue, WA 98015-3410** | **Contract for cellular phone services** |
| **Teva Neuroscience, Inc.**<br>**5 Basel Street**<br>**Petach Tikva 49131**<br>**Israel** | **Contract to provide softwares services** |
| **Tomer Sofinzon**<br>**5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel** | **Consulting Agreement, dated April 27, 2011, to provide services in areas of strategic planning, business development, and operational assistance** |
| **Tomer Sofinzon**<br>**5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel** | **Consulting Agreement, dated April 27, 2011** |
| **TransCanada Corp.**<br>**450 First Street SW**<br>**Calgary, Alberta**<br>**T2P 5H1**<br>**Canada** | **Contract to provide softwares services** |
| **Unum Group**<br>**One Fountain Square**<br>**Chattanooga, TN 37402** | **Contract to provide softwares services** |
| **USAA**<br>**9800 Fredericksburg Road**<br>**San Antonio, TX 78288** | **Contract to provide softwares services** |

Sheet  **4**  of  **4**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **ClearCi North America, Inc.**                                    ,          Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | Platinum Rapid Funding Group, Inc.<br>348 RXR Plaza<br>Uniondale, NY 11556 |
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | On Deck Capital, Inc.<br>901 N. Stuart Street<br>Arlington, VA 22203 |
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | HSBC Bank, N.A.<br>Attn: Bankruptcy Dept.<br>P.O. Box 9068<br>Brandon, FL 33509 |
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | American Express<br>Attn: Bankruptcy Dept.<br>World Financial Center<br>200 Vesley Street<br>New York, NY 10285 |
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | CSNK Working Capital Finance Corp.<br>dba Bay View Funding<br>2933 Bunker Hill Lane, Suite 210<br>Santa Clara, CA 95054 |
| Joseph W. Levy<br>33 E. Camino Real, Apt. 234<br>Boca Raton, FL 33432 | Norman Epstein<br>6 Links View Cl<br>Sanmore, Greater London<br>HA7 3QW<br>United Kingdom |
| Tomer Sofinzon<br>5 Ha'Avoda Street<br>44372 Kfar-Saba<br>Israel | CSNK Working Capital Finance Corp.<br>dba Bay View Funding<br>2933 Bunker Hill Lane, Suite 210<br>Santa Clara, CA 95054 |
| Tomer Sofinzon<br>5 Ha'Avoda Street<br>44372 Kfar-Saba<br>Israel | Norman Epstein<br>6 Links View Cl<br>Sanmore, Greater London<br>HA7 3QW<br>United Kingdom |

**0**
____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re   **ClearCi North America, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 14, 2015**

Signature   **/s/ Joseph Levy**

               **Joseph Levy**
               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re   **ClearCi North America, Inc.**                                          Case No.
_____            Chapter    **7**
                              Debtor(s)                               _____

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
        year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
        calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
        report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-50,000.00** | **2014: Debtor Business Income (estimated)** |
| **$-144,611.00** | **2013: Debtor Business Income** |
| **$-560,168.00** | **2012: Debtor Business Income** |

---

### 2. Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■       during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                          SOURCE

---

B7 (Official Form 7) (04/13)                                                                                                                    2

---

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **American Express**<br>**Attn: Bankruptcy Dept.**<br>**World Financial Center**<br>**200 Vesley Street**<br>**New York, NY 10285** | **Two payments (12/10/2014 and 01/12/2015)** | **$51,630.00** | **$26,228.00** |
| **Merchant Advance Express**<br>**360 RXR Plaze**<br>**Uniondale, NY 11556** | **Daily debits of $539.68/each paid during past 90 days (appx. 52 payments) - money paid to servicing company on account of secured creditor, Platinum Rapid Funding Group** | **$28,063.00** | **$41,500.00** |
| **On Deck Capital, Inc.**<br>**901 N. Stuart Street**<br>**Arlington, VA 22203** | **Daily (business days) debits of $511.90/each during past 90 days (appx. 50 payments)** | **$25,595.00** | **$70,642.00** |
| **Korss Advanced Solutions Ltd.**<br>**P.O. Box 2632**<br>**Rishon LeZion**<br>**Israel** | **December 5, 2014 (payment of "contributions to development" fees due pursuant to Licensing and Distribution Agreement with Clear Competitive Intel. Tech.)** | **$14,100.00** | **$0.00** |
| **Health Care Service Corp.**<br>**300 E. Randolph Street**<br>**Chicago, IL 60601** | **Nov. 24, 2014, Dec. 24, 2014, Jan. 24, 2015 (3 monthly payments over past 90 days)** | **$9,063.00** | **$10,125.00** |
| **TrendKite, Inc.**<br>**Attn: Erik Huddleston**<br>**714 Congress Avenue**<br>**Suite 200**<br>**Austin, TX 78701** | **Nov. 26, 2014 and Dec. 5, 2014** | **$9,000.00** | **$4,500.00** |

---

  *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael Clews**<br>**4835 NW 16th Terrace**<br>**Boca Raton, FL 33431** | **Regular payroll - net payments**<br>**Nov. 15 and 30, 2014**<br>**Dec. 15 and 31, 2014**<br>**Jan. 15 and 31, 2015** | **$12,906.00** | **$90,000.00** |
| **Brady Jenson**<br>**5640 Lake Shore Villare Circle**<br>**Lake Worth, FL 33463** | **Regular payroll - net payments**<br>**Nov. 15 and 30, 2014**<br>**Dec. 15 and 31, 2014**<br>**Jan. 15 and 31, 2015**<br>**(bi-monthly employee payroll)** | **$28,650.00** | **$0.00** |
| **Kidan Ishai Reinfeld**<br>**2027 SE 10th Avenue, Unit 701**<br>**Fort Lauderdale, FL 33316** | **Regular payroll - net payments**<br>**Nov. 15 and 30, 2014**<br>**Dec. 15 and 31, 2014**<br>**Jan. 15 and 31, 2015**<br>**(bi-monthly employee payroll)** | **$18,156.00** | **$0.00** |
| **Katie Lewis**<br>**5133 NE 3rd Terrace**<br>**Fort Lauderdale, FL 33334** | **Regular payroll - net payments**<br>**Nov. 15 and 30, 2014**<br>**Dec. 15 and 31, 2014**<br>**Jan. 15 and 31, 2015**<br>**(bi-monthly employee payroll)** | **$9,261.00** | **$0.00** |
| **Kevin Bryant**<br>**4221 W. McNab Road, No. 37**<br>**Pompano Beach, FL 33069** | **Regular payroll - net payments**<br>**Nov. 15 and 30, 2014**<br>**Dec. 15 and 31, 2014**<br>**Jan. 15 and 31, 2015**<br>**(bi-monthly employee payroll)** | **$12,700.00** | **$0.00** |

None  ☐  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Joseph W. Levy**<br>**33 E. Camino Real**<br>**Apt. 234**<br>**Boca Raton, FL 33432**<br>    **President/CEO** | **Regular bi-monthly employee salary payments, made from Feb. 13, 2014 through Jan. 30, 2015** | **$34,800.00** | **$103,000.00** |
| **Joseph W. Levy**<br>**33 E. Camino Real**<br>**Apt. 234**<br>**Boca Raton, FL 33432**<br>    **President/CEO** | **Reimbursement for out-of-pocket business expenses (various payments dating from Feb. 13, 2014 through Jan. 30, 2015)** | **$64,057.00** | **$103,000.00** |
| **Tomer Sofinzon**<br>**5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel**<br>    **Vice President/CFO** | **Regular monthly fees due under Consulting Agreement, payments made from Feb. 13, 2014 through Jan. 30, 2015** | **$40,000.00** | **$26,900.00** |

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Tomer Sofinzon**<br>**5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel**<br>    **Vice President/CFO** | **Reinbursement for<br>out-of-pocket business<br>expenses (various<br>payments dating from Feb.<br>13, 2014 through Jan. 30,<br>2015)** | **$58,018.88** | **$26,900.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
☐
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **CSNK Working Capital Finance Corp.<br>dba Bay View Funding<br>2933 Bunker Hill Lane, Suite 210<br>Santa Clara, CA 95054** | **Exact dates unknown<br>(transferee has records)** | **  An estimated $107,000.00 in A/R was<br>assigned/paid directly to CSNK Working Capital<br>over the past 120 days by client's of the debtor,<br>pursuant to terms of Factoring Agreement** |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

5

---

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kish Law Firm, PLLC**<br>**1200 N. Federal Hwy, Suite 200**<br>**Boca Raton, FL 33432** | **Jan. 29, 2015 - $500.00**<br>**Jan. 30, 2015 - $2,500.00**<br>**Feb. 3, 2015 - $1,000.00**<br>**Feb. 13, 2015 - $1,000.00**<br>**Feb. 13, 2015 - $335.00 (filing fee)** | **$5,335.00** |

---

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                                6

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 1700 E. Las Olas Blvd. Suite 304 Ft. Lauderdale, FL 33301 | ClearCi North America, Inc. | 2012-2013 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                    8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **N2 Consulting, Inc.**<br>**Attn: Arthur Leung, CPA**<br>**71 Stevenson Street**<br>**Suite 400**<br>**San Francisco, CA 94105** | **2012-2015** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Joseph W. Levy** | **33 E. Camino Real, Apt. 234**<br>**Boca Raton, FL 33432** |
| **Tomer Sofinzon** | **5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel** |
| **N2 Consulting, Inc.** | **Attn: Arthur Leung, CPA**<br>**71 Stevenson Street**<br>**Suite 400**<br>**San Francisco, CA 94105** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                      9

**21 . Current Partners, Officers, Directors and Shareholders**

None
■          a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None
☐          b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
           controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Joseph W. Levy**<br>**33 E. Camino Real**<br>**Apt. 234**<br>**Boca Raton, FL 33432** | **President and Director** | |
| **Tomer Sofinzon**<br>**5 Ha'Avoda Street**<br>**44372 Kfar-Saba**<br>**Israel** | **Vice-President, Director** | |
| **ClearCi Holdings, Inc.**<br>**c/o Joseph Levy**<br>**33 E. Camino Real, Apt. 234**<br>**Boca Raton, FL 33432** | **Shareholder** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None
■          a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
           commencement of this case.

NAME                                ADDRESS                                      DATE OF WITHDRAWAL

None
■          b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
           immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■          If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
           in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
           commencement of this case.

NAME & ADDRESS                                DATE AND PURPOSE                        AMOUNT OF MONEY
OF RECIPIENT,                                 OF WITHDRAWAL                           OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☐          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
           group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
           of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **ClearCi Holdings, Inc.**<br>**c/o Joseph Levy**<br>**33 E. Camino Real, Unit 234**<br>**Boca Raton, FL 33432** | **47-1633718** |

B7 (Official Form 7) (04/13)                                                                                             10

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **February 14, 2015**            Signature    **/s/ Joseph Levy**
                                                  **Joseph Levy**
                                                  **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **ClearCi North America, Inc.** _____    Case No. _____

                                      Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 14, 2015** _____       **/s/ Joseph Levy** _____

                                             **Joseph Levy/President**
                                             Signer/Title

Abbott Laboratories
100 Abbott Park Road
North Chicago, IL 60064


American Express
Attn: Bankruptcy Dept.
World Financial Center
200 Vesley Street
New York, NY 10285


American Greetings
One American Road
Cleveland, OH 44144


Anderson Windows
100 Fourth Avenue North
Bayport, MN 55003


Apprize360, LLC
548 Market Street
No. 56638
San Francisco, CA 94104


Big Heart Pet Brands
f/k/a Del Monte Corp.
One Maritime Plaza
San Francisco, CA 94111


Big Heart Pet, f/k/a Del Monte Corp.
One Maritime Plaza
San Francisco, CA 94111


Brady Corporation
6555 W. Good Hope Road
P.O. Box 571
Milwaukee, WI 53201


Brett Gaylis
987 Captiva Drive
Hollywood, FL 33019


Broward County Taxing Authority
115 Andrews Avenue
Room A-100
Fort Lauderdale, FL 33301

Cadence Design Systems
2655 Seely Avenue
San Jose, CA 95134


City of Fort Lauderdale
Business Tax Division
700 NW 19th Avenue
Fort Lauderdale, FL 33311


Clear Competitive Intel. Tech S.a. r.l.
5, rue Guillaume Kroll
L-1882 Luxembourg
Grand Ducky of Luxembourg


ClearCi Holdings, Inc.
c/o Joseph Levy
33 E. Camino Real, Apt. 234
Boca Raton, FL 33432


Comcast
One Comcast Center
Philadelphia, PA 19103


Comcast Cable Communications, LLC
One Comcast Center
Attn: Law Dept.
Philadelphia, PA 19103-2838


CSA Group
178 Rexdale Blvd.
Toronto
Ontario M9W 1R3
Canada


CSNK Working Capital Finance Corp.
dba Bay View Funding
2933 Bunker Hill Lane, Suite 210
Santa Clara, CA 95054


DS Services of America, Inc.
d/b/a DS Waters
2300 Windy Ridge Parkway
Suite 500 N
Atlanta, GA 30339

Dunn & Bradstreet
103 JFK Parkway
Short Hills, NJ 07078


Duo Executive Minds, Corp.
1250 S. Miami Ave., Suite 2408
Attn: Emmanuel Trenche
Miami, FL 33130


Eastman Credit Union
P.O. Box 1989
Kingsport, TN 37662


Fla. Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


FPL
General Mail Facility
Miami, FL 33188


Frontier Communications Group
Three High Ridge Park
Stamford, CT 06905


Futuregene
P.O. Box 199
2 Pekeris Street, 4th Floor
Park Tamar, Rehovot
Isreal    76100


GE Power & Water
1 RIver Road
Schenectady, NY 12345


H&R Block
One H&R Block Way
Kansas City, MO 64105


Health Care Service Corp.
300 E. Randolph Street
Chicago, IL 60601

Herbalife International of America, Inc.
800 W. Olympic Blvd., Suite 406
Los Angeles, CA 90015


Hewlett-Packard Company
3000 Hanover Street
Palo Alto, CA 94304


HP Enterprise Services
5400 Legacy Drive
Plano, TX 75024


HSBC Bank, N.A.
Attn: Bankruptcy Dept.
P.O. Box 9068
Brandon, FL 33509


Hussmann Corp.
12999 St. Charles Rock Road
Bridgeton, MO 63044


Insight Squared, Inc.
160 Second Street
Cambridge, MA 02142


Insite Software
110 N. 5th Street
Suite 800
Minneapolis, MN 55403


International Game Technology (IGT)
6355 S. Buffalo Drive
Las Vegas, NV 89113


IRS
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326


Jeff Greene
1058 Bluewood Terrace
Fort Lauderdale, FL 33327

Jive Software, Inc.
325 Lytton Avenue
Suite 200
Palo Alto, CA 94301


Joseph W. Levy
33 E. Camino Real, Apt. 234
Boca Raton, FL 33432


LifeLock, Inc.
60 E. Rio Salado Pkwy
Suite 400
Tempe, AZ 85281


Madison Intelligence
Avenida Vasconcelos #150
Colonial Del Valle Sector Fatima
San Pedro Garza Garcia, Monterrey
Nuevo Leon MEXICO 66257


ManpowerGroup
100 Manpower Place
Milwaukee, WI 53212


Mariko Takasu
2301 SW 27th Avenue
Unit 702
Miami, FL 33145


Mayo Foundation for Med. Ed. & Research
200 First Street SW
Attn: Gayle Rock
Rochester, MN 55905


Mayo Foundation, d/b/a The Mayo Clinic
200 First Street SW
Rochester, MN 55905


Merchant Advance Express
360 RXR Plaza
Uniondale, NY 11556


Michael Clews
4835 NW 16th Terrace
Boca Raton, FL 33431

Microsoft Corp.
One Microsoft Way
Redmond, WA 98052


Mozilla Corp.
331 E. Evelyn Avenue
Mountain View, CA 94041


N2 Consulting, Inc.
Attn: Arthur Leung, CPA
71 Stevenson Street
Suite 400
San Francisco, CA 94105


Nestle Purina Petcare Co.
1 Checkerboard Square
Attn: Jeanne Chickanosky
Saint Louis, MO 63164


Norman Epstein
6 Links View Cl
Sanmore, Greater London
HA7 3QW
United Kingdom


Omnicell, Inc.
590 E. Middlefield Road
Palo Alto, CA 94303


On Deck Capital, Inc.
901 N. Stuart Street
Arlington, VA 22203


Oracle Eloqua
1921 Gallows Road
Suite 200
Vienna, VA 22182


Perfecto Mobile
120 Presidential Way
Attn: Eran Kinsbrunner
Woburn, MA 01801


Platinum Rapid Funding Group, Inc.
348 RXR Plaza
Uniondale, NY 11556

Purdue Pharma LP, dba PhamIT
One Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901-3431


Robert Mitford Rowell
16 William Street
Cottesloe
Western Australia 6011
Australia


Romainiacs Intelligent Research, LLC
Attn: Cindy Romaine
9998 SW Steeplechase Circle
Beaverton, OR 97008-9718


salesforce.com Inc.
The Landmark at One Market
Suite 300
San Francisco, CA 94105


Sentinel Insurance Co., Ltd.
One Hartford Plaza
Hartford, CT 06155


Seraphin Partners, LLC
255 King Street
Apt. 1209
San Francisco, CA 94107


SHI International Corp.
290 Davidson Avenue
Somerset, NJ 08873


ShopperTrak
233 S. Wacker Drive
41st Floor
Chicago, IL 60606


Spectrum Park I, Ltd.
4901 NW 17th Way
Suite 103
Fort Lauderdale, FL 33309

Standard Insurance Co.
1100 SW 6th Avenue
Attn:: Jackie Waller
Portland, OR 97204


Stern Advisory (India) Pvt. Ltd.
Level-12, Building No.8, Tower-C
DLF Cybercity Pase II
Gurgaon-122002, Haryana
India


Surgical Information Systems, LLC
555 North Point Center East, Suite 700
Alpharetta, GA 30022


Symantec Corp.
350 Ellis Street
Mountain View, CA 94043


Symbiotic Group, Inc.
2020 Winston Park Drive, Suite 100
Oakville
ON L6H 6X7
Canada


T-Mobile
Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-3410


Teva Neuroscience, Inc.
5 Basel Street
Petach Tikva 49131
Israel


Tomer Sofinzon
5 Ha'Avoda Street
44372 Kfar-Saba
Israel


TransCanada Corp.
450 First Street SW
Calgary, Alberta
T2P 5H1
Canada

TrendKite, Inc.
Attn: Erik Huddleston
714 Congress Avenue
Suite 200
Austin, TX 78701


Tripta Chawla
17843 Deauville Lane
Boca Raton, FL 33496


Unum Group
One Fountain Square
Chattanooga, TN 37402


USAA
9800 Fredericksburg Road
San Antonio, TX 78288


ValueNotes Database Pvt Ltd.
1 Bhuvaneshwar Society
Abhimanshree Road, Pashan
Pune 411 008
Maharashtra, India