UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 15-12763-JKO |
|---|---|---|
| | § | |
| CLEARCI NORTH AMERICA, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/14/2015. The undersigned trustee was appointed on 02/14/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                         $37,518.04

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $13,131.31 |
    | Bank service fees | $1,167.28 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $23,219.45 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/22/2015 and the deadline for filing government claims was 08/13/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,501.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,501.80, for a total compensation of $4,501.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $180.77, for total expenses of $180.77.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2017     By:  /s/ Marc P. Barmat
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Date Filed (f) or Converted (c): | 02/14/2015 (f) |
| For the Period Ending: | 4/21/2017 | §341(a) Meeting Date: | 03/24/2015 |
| | | Claims Bar Date: | 06/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  HSBC Bank, N.A. Business Checking Acct. No.: *2360 | $1,297.46 | $0.00 | | $0.00 | FA |
| 2  Spectrum Park I, Ltd. 4901 NW 17th Way, Suite 103 Ft. Lauderdale, FL 33309 (security deposit with commercial landlord) | $3,246.59 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Taken by landlord. | | | | | |
| 3  Overdue amounts due from the following clients under respective Software Service Agreements: $13,500 - Abbott Laboratories, 100 Abbott Park Rd., Abbott Park, IL 60064 $10,500 - Altria Client Services Inc., Attn: Susan Morris, 2325 Bells Road, Richmond, VA 23234 $9,000 - Omnicell Inc., 590 E. Middlefield Rd., Mountain View, CA 94043-4008 $9,450 - Unum Group, One Fountain Square, Chattanooga, TN 37402 Pursuant to terms of secured Factoring Agreement, A/R payments from Abbott Labs, Omnicell and Unum Grou will be paid directly to secured creditor, CSNK Working Capital Finance Corp., dba Bayview Funding | $42,450.00 | $0.00 | | $0.00 | FA |
| 4  Registered Service/Trade Mark Reg. No. 4,379,302; "ClearCI, Technology to Compete" (logo/trademark) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 5  Registered Service/Trade Mark Reg. No. 4,379,357; "clearCi" (trade name) | $0.00 | $2,000.00 | | $2,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Date Filed (f) or Converted (c): | 02/14/2015 (f) |
| For the Period Ending: | 4/21/2017 | §341(a) Meeting Date: | 03/24/2015 |
| | | Claims Bar Date: | 06/22/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | License and Distribution Agreement with Clear Competitive Intelligence Technologies S.a. r.l., a Luxembourg corporation, granting debtor license to use, operate and/or sub-license: (a) a computer-based software-as-a-service platform enabling debtor's customers to collect and analyze information about their business market(s) and competitors; and (b) the intellectual property rights associated therewith, such as website address, email, etc. Pursuant to License Agreement: (a) payment of roare paid directly to (Pursuant to terms of License Agreement, this license automatically lapses upon change in ownership of the debtor) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| 7 | Customer list (42 corporate clients) - details available upon request and/or otherwise listed in Schedules F and G | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 8 | Office Equipment, furnishings, supplies: (1) HP ChromeBook laptop - $50 (5) ACER/ASUS laptops - $250 (6) Polycom SoundPoint IP 321 Phones - $600 (2) TRENDnet 8-Port Ethernet Switches - $100 (1) CISCO Ethernet Switch - $50 (4) NetGear 5-Port Ethernet Switches - $40 (1) Optima projector - $50 (1) projector screen - $20 (1) Cannon inkjet printer - $50 (1) Printer stand - $5 (1) Shredder machine - $15 (1) oCosmos flatscreen TV - $50 (1) Plantronics wireless headset - $10 (2) Grey Chairs - $20 (2 sets) Small office tables and chairs - $50 (7) Whiteboards - $20 (1) Lamp/shade - $5 (1) Ethernet cables - $5 (3) Laptop bags - $5 (1) Coffee machine - $2 (1) Keyboard drawer - $2 Assorted plates and kitchenware - $1 | $1,400.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Date Filed (f) or Converted (c): | 02/14/2015 (f) |
| For the Period Ending: | 4/21/2017 | §341(a) Meeting Date: | 03/24/2015 |
| | | Claims Bar Date: | 06/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** No real value to estate.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 9 | FPL Refund (u) | $518.04 | $518.04 | | $518.04 | FA |
| 10 | Altria Client Services Inc - Voucher# 6200078876 (u) | $12,000.00 | $12,000.00 | | $12,000.00 | FA |
| 11 | Any and all potential avoidance claims against Shoreland Investments Limited & Norman Epstein (u) | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** Notice of Abandonment filed 07/26/16 ECF#35

**TOTALS (Excluding unknown value)**

| | $60,912.09 | $37,518.04 | | $37,518.04 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
05/01/2016    There is still ongoing discovery in this case. Trustee's counsel has issued subpoenas for additional documents which could lead to additional assets to liquidate.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 12/31/2018    /s/ MARC P. BARMAT

MARC P. BARMAT

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7702 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 4/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/18/2015 | | Mancuso Law PA Trust Account | Motion for Sale of Property (Estate's Right, Title, and Interest in All of Debtor's Remaining Intangible Assets and filed 05/05/15 ECF#26 | * | $5,000.00 | | $5,000.00 |
| | {4} | | $2,000.00 | 1129-000 | | | $5,000.00 |
| | {5} | | $2,000.00 | 1129-000 | | | $5,000.00 |
| | {7} | | $1,000.00 | 1129-000 | | | $5,000.00 |
| 05/18/2015 | (9) | FPL | Refund | 1229-000 | $518.04 | | $5,518.04 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $5,514.02 |
| 06/10/2015 | | Nathan Mancuso | Motion for Sale of Property (Estate's Right, Title, and Interest in All of Debtor's Remaining Intangible Assets and filed 05/05/15 ECF#26; Order entered 05/27/15 ECF#30 | 1129-000 | $20,000.00 | | $25,514.02 |
| 06/29/2015 | (10) | Altria Client Services Inc | Payment/Refund | 1221-000 | $12,000.00 | | $37,514.02 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $31.09 | $37,482.93 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $64.38 | $37,418.55 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $56.48 | $37,362.07 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $58.34 | $37,303.73 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $62.13 | $37,241.60 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $56.21 | $37,185.39 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $60.00 | $37,125.39 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.90 | $37,065.49 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $55.95 | $37,009.54 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.72 | $36,949.82 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.62 | $36,890.20 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $57.60 | $36,832.60 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $57.51 | $36,775.09 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.34 | $36,715.75 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.24 | $36,656.51 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $61.06 | $36,595.45 |
| | | | **SUBTOTALS** | | $37,518.04 | $922.59 | |

FORM 2

Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7702 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 4/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $55.24 | $36,540.21 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $57.06 | $36,483.15 |
| 12/23/2016 | 101 | Bast Amron LLP | Final Fees pursuant to Court Order entered 12/09/16 ECF#39 | 3210-000 | | $13,131.31 | $23,351.84 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $58.87 | $23,292.97 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $39.63 | $23,253.34 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $33.89 | $23,219.45 |
| | | | TOTALS: | | $37,518.04 | $14,298.59 | $23,219.45 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $37,518.04 | $14,298.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $37,518.04 | $14,298.59 | |

| For the period of 2/14/2015 to 4/21/2017 | | For the entire history of the account between 05/18/2015 to 4/21/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $37,518.04 | Total Compensable Receipts: | $37,518.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $37,518.04 | Total Comp/Non Comp Receipts: | $37,518.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,298.59 | Total Compensable Disbursements: | $14,298.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,298.59 | Total Comp/Non Comp Disbursements: | $14,298.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7702 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 4/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $37,518.04 | $14,298.59 | $23,219.45 |

**For the period of 2/14/2015 to 4/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $37,518.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $37,518.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,298.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,298.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/14/2015 to 4/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $37,518.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $37,518.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,298.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,298.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT

## CLAIM ANALYSIS REPORT

| Case No. | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Date: | 4/21/2017 |
| Claims Bar Date: | 06/22/2015 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ALAN R BARBEE<br><br>1400 Centrepark Boulevard<br>Suite 860<br>West Palm Beach FL 33401 | 04/21/2017 | Accountant for Trustee Fees - Other Firm | Allowed | 3410-000 | $0.00 | $13,000.00 | $13,000.00 | $0.00 | $0.00 | $0.00 | $13,000.00 |
| 13 | ALAN R BARBEE<br><br>1400 Centrepark Boulevard<br>Suite 860<br>West Palm Beach FL 33401 | 04/21/2017 | Accountant for Trustee Expenses - Other Firm | Allowed | 3420-000 | $0.00 | $27.10 | $27.10 | $0.00 | $0.00 | $0.00 | $27.10 |
|  | BAST AMRON LLP<br><br>Attn: Scott Brown<br>One Southeast Third Avenue<br>Suite 1400<br>Miami FL 33131 | 12/23/2016 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $13,131.31 | $13,131.31 | $13,131.31 | $0.00 | $0.00 | $0.00 |
| 1 | BROWARD COUNTY RECORDS, TAXES & TREASURY<br>Attn: Bankruptcy Section<br>115 S Andrews Ave A-100<br>Ft Lauderdale FL 33301 | 03/05/2015 | Personal Prop & Intang - Consensual | Allowed | 4210-000 | $0.00 | $249.72 | $249.72 | $0.00 | $0.00 | $0.00 | $249.72 |

**Claim Notes:** (1-1) 2014 & estimated 2015 Tangible Personal Property Taxes plus 18 &#037; interest per year, per FL Statute 197.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | DS SERVICES / CRYSTAL SPRINGS DIV<br>Attn: Deborah Johnson<br>6750 Discovery Blvd<br>Mableton GA 30126 | 05/18/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $710.20 | $710.20 | $0.00 | $0.00 | $0.00 | $710.20 |
| 8 | HSBC BANK USA, N.A<br><br>PO Box 12907<br>Norfolk VA 23541 | 06/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,612.57 | $14,612.57 | $0.00 | $0.00 | $0.00 | $14,612.57 |

## CLAIM ANALYSIS REPORT

| Case No.: | 15-12763-JKO | | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | | | Date: | 4/21/2017 |
| Claims Bar Date: | 06/22/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | HSBC BANK USA, N.A  PO Box 12907  Norfolk VA 23541 | 06/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $408.97 | $408.97 | $0.00 | $0.00 | $0.00 | $408.97 |
| 2 | INSIGHT SQUARED  160 2 St 3 Floor  Cambridge MA 02142 | 03/05/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,290.00 | $7,290.00 | $0.00 | $0.00 | $0.00 | $7,290.00 |
| 3 | IRS  Centralized Insolvency Operation  P.O. Box 21126  Philadelphia PA 19114-0326 | 03/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MARC P. BARMAT  2255 Glades Road, Suite 337W  Boca Raton FL 33431 | 03/18/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,501.80 | $4,501.80 | $0.00 | $0.00 | $0.00 | $4,501.80 |
| | MARC P. BARMAT  2255 Glades Road, Suite 337W  Boca Raton FL 33431 | 07/26/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $180.77 | $180.77 | $0.00 | $0.00 | $0.00 | $180.77 |
| 6 | MARIKO TAKASU  10805 NW 89th Terrace Apt 215  Doral FL 33178 | 03/27/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,000.00 | $33,000.00 | $0.00 | $0.00 | $0.00 | $33,000.00 |
| 10 | ORACLE AMERICA INC.  c/o Shawn M. Christianson, Esq  55 Second St #17FL  San Francisco CA 94105 | 06/22/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,205.00 | $1,205.00 | $0.00 | $0.00 | $0.00 | $1,205.00 |
| 11 | STRAGETIC FUNDING SOURCE, INC.  c/o Jennifer Ballard Esq  1501 Broadway #1515  New York NY 10036 | 06/23/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $50,516.91 | $50,516.91 | $0.00 | $0.00 | $0.00 | $50,516.91 |

**CLAIM ANALYSIS REPORT**

Page No: 3    Exhibit C

| Case No.: | 15-12763-JKO | | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | | | Date: | 4/21/2017 |
| Claims Bar Date: | 06/22/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | STRYKER MAKO<br><br>c/o Lori L Purkey<br>Purkey & Asson PLC<br>5050 Cascade Rd SE #A<br>Grand Rapids MI 49546 | 03/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,250.01 | $12,250.01 | $0.00 | $0.00 | $0.00 | $12,250.01 |
| 5 | VALUENOTES DATABASE PRIVATE LIMITED<br>1 BHUVANESHWAR SOCIETY ABHIMANSHARI ROAD, PASHAN<br>PU NE 41100 | 03/20/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,290.00 | $23,290.00 | $0.00 | $0.00 | $0.00 | $23,290.00 |
| | | | | | | $174,374.36 | $174,374.36 | $13,131.31 | $0.00 | | $0.00 | $161,243.05 |

**CLAIM ANALYSIS REPORT**  Page No: 4   Exhibit C

| Case No. | 15-12763-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | CLEARCI NORTH AMERICA, INC. | Date: | 4/21/2017 |
| Claims Bar Date: | 06/22/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses - Other Firm | $27.10 | $27.10 | $0.00 | $0.00 | $0.00 | $27.10 |
| Accountant for Trustee Fees - Other Firm | $13,000.00 | $13,000.00 | $0.00 | $0.00 | $0.00 | $13,000.00 |
| Attorney for Trustee Fees (Other Firm) | $13,131.31 | $13,131.31 | $13,131.31 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $92,766.75 | $92,766.75 | $0.00 | $0.00 | $0.00 | $92,766.75 |
| Personal Prop & Intang - Consensual | $249.72 | $249.72 | $0.00 | $0.00 | $0.00 | $249.72 |
| Tardy General Unsecured 726(a)(3) | $50,516.91 | $50,516.91 | $0.00 | $0.00 | $0.00 | $50,516.91 |
| Trustee Compensation | $4,501.80 | $4,501.80 | $0.00 | $0.00 | $0.00 | $4,501.80 |
| Trustee Expenses | $180.77 | $180.77 | $0.00 | $0.00 | $0.00 | $180.77 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-12763-JKO
Case Name:      CLEARCI NORTH AMERICA, INC.
Trustee Name:   Marc P. Barmat

Balance on hand:                        $23,219.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Broward County Records, Taxes & Treasury | $249.72 | $249.72 | $0.00 | $249.72 |

Total to be paid to secured creditors:   $249.72
Remaining balance:                       $22,969.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Marc P. Barmat, Trustee Fees | $4,501.80 | $0.00 | $4,501.80 |
| Marc P. Barmat, Trustee Expenses | $180.77 | $0.00 | $180.77 |
| Bast Amron LLP, Attorney for Trustee Fees | $13,131.31 | $13,131.31 | $0.00 |
| Alan R Barbee, Accountant for Trustee Fees | $13,000.00 | $0.00 | $13,000.00 |
| Alan R Barbee, Accountant for Trustee Expenses | $27.10 | $0.00 | $27.10 |

Total to be paid for chapter 7 administrative expenses:   $17,709.67
Remaining balance:                                         $5,260.06

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                            $5,260.06

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,260.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,766.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Insight Squared | $7,290.00 | $0.00 | $413.35 |
| 3 | IRS | $0.00 | $0.00 | $0.00 |
| 4 | Stryker MAKO | $12,250.01 | $0.00 | $694.60 |
| 5 | VALUENOTES DATABASE PRIVATE LIMITED | $23,290.00 | $0.00 | $1,320.59 |
| 6 | Mariko Takasu | $33,000.00 | $0.00 | $1,871.17 |
| 7 | DS Services / Crystal Springs Div | $710.20 | $0.00 | $40.27 |
| 8 | HSBC Bank USA, N.A | $14,612.57 | $0.00 | $828.56 |
| 9 | HSBC Bank USA, N.A | $408.97 | $0.00 | $23.19 |
| 10 | Oracle America Inc. | $1,205.00 | $0.00 | $68.33 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $5,260.06 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $50,516.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---|---|---|

|  |  |  | **Date** |  |
|---|---|---|---|---|
| 11 | Stragetic Funding Source, Inc. | $50,516.91 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00